IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AJE'S THE SALON, INC., | ) |
| | ) |
| Plaintiff, | ) No. 04 C 4317 |
| | ) |
| v. | ) |
| | ) Judge Matthew F. Kennelly |
| THE SUN-TIMES COMPANY, | ) |
| HOLLINGER INTERNATIONAL, INC., | ) |
| F. DAVID RADLER, STEPHEN R. | ) |
| HASTINGS, MARK HORNUNG, and "DOE" | ) |
| DEFENDANTS 1-100, | ) |
| | ) |
| Defendants. | ) |

DOCKETED
NOV 1 0 2004

FILED
NOV 0 3 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

**TO:** All Counsel of Record on the Attached Service List

**PLEASE TAKE NOTICE**: That on **Tuesday, November 9, 2004 at 9:30 a.m.**, counsel for Defendants the Sun-Times Company and Hollinger International, Inc., shall appear before Judge Matthew F. Kennelly, or any judge sitting in his stead, in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, Courtroom 2103, and present the accompanying **Motion to Stay Discovery**.

Respectfully submitted,

THE SUN-TIMES COMPANY AND
HOLLINGER INTERNATIONAL, INC.

By: _____
Richard R. Winter
Christopher W. Carmichael
Eric Robben
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, Illinois 60603
(312) 263-3600 (telephone)
(312) 578-6666 (facsimile)

1



## CERTIFICATE OF SERVICE

The undersigned certifies that on November 3, 2004, he caused the foregoing **Notice of Motion**, to be served by facsimile and United States Mail, postage prepaid, upon the following counsel of record:

*Counsel for plaintiff AJE'S THE SALON*

Adam J. Levitt
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
656 W. Randolph Street, Suite 500W
Chicago, IL 60661
312.466.9292 (facsimile)

*Counsel for defendant MARK HORNUNG*

Stephen J. Bisgeier
MILLER SHAKMAN & HAMILTON
208 S. LaSalle St., Suite 1100
Chicago, IL 60604
312.263.3270 (facsimile)

*Counsel for F. DAVID RADLER*

Anton Ronald Valukas
Howard Steven Suskin
David Walters
JENNER & BLOCK
One IBM Plaza
330 North Wabash Avenue, 40th Floor
Chicago, IL 60611
312.527.0484 (facsimile)

*Counsel for STEPHEN R. HASTINGS*

Mark R. Valley
STATLAND & VALLEY
10 S. LaSalle St., Suite 900
Chicago, IL 60603
312.849.4910 (facsimile)

Christopher W. Carmichael

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AJE'S THE SALON, INC., | ) |
| Plaintiff, | ) No. 04 C 4317 |
| v. | ) |
| | ) Judge Matthew F. Kennelly |
| THE SUN-TIMES COMPANY, HOLLINGER INTERNATIONAL, INC., F. DAVID RADLER, STEPHEN R. HASTINGS, MARK HORNUNG, and "DOE" DEFENDANTS 1-100, | ) |
| Defendants. | ) |

DOCKETED
NOV 1 0 2004

FILED
NOV 0 3 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### MOTION TO STAY DISCOVERY

Defendants the Sun-Times Company and Hollinger International, Inc. (the "Sun-Times") move, pursuant to Fed. R. Civ. P. 26(d), for entry of an order staying all discovery, with the exception of a deposition of the plaintiff, in order to preclude any further waste of resources and to determine whether the plaintiff, in fact, ever advertised in the Chicago Sun-Times. In support of this motion the Defendants state as follows:

1. Although Plaintiff's counsel has filed a 47-page amended complaint alleging that "at all times relevant to this action [from as early as 1995 to 2004, according to the allegations in the amended complaint], plaintiff purchased one or more advertisements in the Sun-Times" (Amended Complaint, ¶ 13), the Sun-Times

RECEIVED FOR DOCKETING
04 NOV -3 PM 4: 37
CLERK
U.S. DISTRICT COURT

1



has been unable to find any record of the plaintiff having ever advertised in its newspaper.[1]

2.  In response to this revelation, on October 20, 2004, counsel for the Sun-Times sent a letter to Adam Levitt, counsel for plaintiff, seeking to determine whether AJE's the Salon actually did advertise in the Sun-Times. (Letter, Exh. 1.) Mr. Levitt never responded to the letter.

3.  In the meantime, plaintiff issued a third-party subpoena seeking documents from the Audit Bureau of Circulations (Subpoena, Exh. 3), and has on information and belief been in contact with other potential subpoena recipients, including O'Melveny & Myers, LLP, the law firm that represents the special committee members of the Audit Committee of Hollinger International, Inc., and Gardner Carton Douglas, the law firm that assisted in the circulation investigation by the Audit Committee.

4.  Also, the Sun-Times has made nearly one hundred boxes of documents available to plaintiff for review and inspection pursuant to Rule 26(a)(1).

5.  This court should not allow any discovery when there is a substantial question as to whether the plaintiff can state a claim. *See, e.g., Johnson v. New York Univ. School of Educ.*, 205 F.R.D. 433, 434 (S.D.N.Y. 2002) (staying discovery because of pending dispositive motion). This court should order any outstanding subpoenas quashed and not permit the plaintiff to conduct discovery until the paramount question of whether it has a claim is resolved. *Cemail v. Viking Dodge,*

---

[1] Counsel also discovered that despite affirmative allegations in the complaint to the contrary, AJE's The Salon, Inc. is not and never has been an Illinois corporation. *See* Certificate Of No Record, Exh. 2.

2

*Inc.*, No. 97 C 908, 1997 WL 359962, at *1 (N.D. Ill. June 17, 1999) (staying discovery and expediting ruling on motions to dismiss).

6. A stay of discovery is particularly warranted here where the questions that have arisen relate directly to whether there is federal jurisdiction. *See Lantz Int'l Corp. v. Industria Termotecnica Campana S.p.A.*, 358 F. Supp. 510, 516 (E.D. Pa. 1973) (holding that "[p]laintiff must make at least a *prima facie* showing of jurisdiction before we can allow discovery to proceed."). Plaintiff's sole basis for federal jurisdiction is a RICO claim, and the RICO claim rests on a violation of 18 U.S.C. § 2314. However, as pointed out in Defendants' motion to dismiss, one of the elements for a claim under 18 U.S.C. § 2314 is that the funds stolen or converted and transported in interstate commerce from *each plaintiff* must be in excess of $5,000. 18 U.S.C. § 2314; *Brown v. Protective Life Ins. Co.*, 353 F.3d 405 (5th Cir. 2003). If plaintiff never advertised in the Sun-Times or did not advertise in excess of $5,000, plaintiff's RICO claim – and its basis for federal jurisdiction – must fail.

7. Although the court should stay all other discovery, it should permit the defendants to take the plaintiff's deposition. In plaintiff's Fed. R. Civ. P. 26(a) initial disclosures, it stated that it possessed no documents evidencing that it advertised in the Sun-Times. (Plaintiff's Initial Disclosures, Exh. 4, at p. 24, § II.) Rather, plaintiff stated that the defendants would need to take the plaintiff's deposition to discover whether it actually advertised in the Sun-Times. (*See* Exh. 1). Based on the plaintiff's disclosures, the Sun-Times requests that this court

3

grant them leave to take the plaintiff's deposition on the question of whether it ever advertised in the Sun-Times.

WHEREFORE, the Sun-Times and Hollinger International request that this Court enter an order staying all discovery, but permitting the deposition of the plaintiff for the purpose of determining whether it ever advertised in the Sun-Times.

        Respectfully submitted,

        THE SUN-TIMES COMPANY and
        HOLLINGER INTERNATIONAL, INC.

By: _____
        Richard R. Winter
        Christopher W. Carmichael
        Eric Robben
        HOLLAND & KNIGHT LLP
        131 S. Dearborn Street, 30th Floor
        Chicago, IL 60603
        (312) 263-3600 (Telephone)
        (312) 578-6666 (Facsimile)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 3, 2004, he caused the foregoing **Motion to Stay Discovery**, to be served by facsimile and United States Mail, postage prepaid, upon the following counsel of record:

*Counsel for plaintiff AJE'S THE SALON*

Adam J. Levitt
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
656 W. Randolph Street, Suite 500W
Chicago, IL 60661
312.466.9292 (facsimile)

*Counsel for defendant MARK HORNUNG*

Stephen J. Bisgeier
MILLER SHAKMAN & HAMILTON
208 S. LaSalle St., Suite 1100
Chicago, IL 60604
312.263.3270 (facsimile)

*Counsel for F. DAVID RADLER*

Anton Ronald Valukas
Howard Steven Suskin
David Walters
JENNER & BLOCK
One IBM Plaza
330 North Wabash Avenue, 40th Floor
Chicago, IL 60611
312.527.0484 (facsimile)

*Counsel for STEPHEN R. HASTINGS*

Mark R. Valley
STATLAND & VALLEY
10 S. LaSalle St., Suite 900
Chicago, IL 60603
312.849.4910 (facsimile)

Christopher W. Carmichael

# 2368130_v1

5

# *See Case File for Exhibits*